AG

F I L E D

NOV 2 6 2007
nov 26 2007
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

)

Clifford A. Gooden, III,             07CV6642

       Petitioner,           JUDGE BUCKLO

Vs.                                  MAGISTRATE JUDGE DENLOW

Sharon K. Hall, Assistant     )
Attorney General,                    Application to proceed
                            )   In Forma Pauperis.
       Respondent.
                            )

I, Clifford A. Gooden, declare that I am the Petitioner in the
above-entitled proceeding; that, in support of my request to
proceed without being required to prepay the full filing fee,
I state that because of my poverty, I am unable to prepay the
filing fee for this action and that I believe I am entitled
to relief. In further support of this application, I answer
the following questions:

1. Where are you imprisoned? Iowa State Penitentiary

2. When did you begin your imprisonment there? November 1st 2001.

3. When do you expect to be released? October of 2008.

4. Are you presently receiving an allowance or wage from the
prison or jail? Yes    If yes, state the amount of your allowance
I work a Prison Job and make around $56.00 a month.

5. Have you received within the past 12 months any money from
a business, profession, or other type of self-employment, or in
the form of rent payments, interest, dividends, retirement or
annuity, life insurance, gifts, inheritance, court award settle-
ment, or other sources? NO    If yes, give the amount received
and identify the sources:    N/A

6. What is the current balance in your prison account? $58.74

1.

7. Do you own any real estate, stock, bonds, notes, vehicles, or other valuable property? (you need not mention ordinary household and cell furnishings): _NO_ If yes, describe the property and state its approximate value: _N/A_

8. Do you own cash, or do you have money in a checking or savings account, other than a prison account? _NO_ If yes, state the current balance: _N/A_

I, Clifford A. Gooden, do swear or declare under penalty of perjury that the foregoing is true, complete, and correct to the best of my knowledge. Executed on this 19th day of November, 2007.

Affiant: _Clifford Gooden_

2.