

Date 11-19-07
Name Clifford Gooden
No. 1017531-B

FILED
NOV 26 2007  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AE

07CV6642
JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW

Dear Clerk of Illinois District Court,

Please find enclosed my pro se independent action which alleges claims of fraud upon the Court; an affidavit, and a motion requesting to proceed informa pauperis. However, the enclosed independent action is an equity matter and existing authority permits that such action can be filed and brought in any district court, not just the one that rendered the judgment from which relief is sought. See Enclosed independent action pp. 2,9. I have chosen to bring my independent action in this district court, in the Northern District of Illinois, surrounding the fraud which was committed upon the Iowa Federal district court during my habeas proceeding. This is because the Iowa District Court is refusing to remedy the fraud which was committed upon that Court brought in a previous independent action and the Eighth Circuit will not get involved on appeal. Apparently the Respondent to the enclosed action has corrupted the powers of the Iowa Southern District Court as well as the Eighth Circuit Court. This is why I have chosen to seek equity relief

(over)→

2

on my "fraud upon the Court" action in this district Court. Therefore, please file the enclosed documents in this district Court and submit them to a judge. Also, please send me a filed stamped copy of each enclosed documents herein.

Please also note that I enclosed my habeas docket sheets herein with this action concerning filings in the Iowa District Court under Case No. 4:02-cv-40128. I would request that this Court please order or obtain the entire Federal Habeas Corpus file from the Iowa Southern District Court in the above stated docket number to review in relation to the fraud upon the Court action enclosed herein. If for any reason I may have accidently mailed the enclosed documents to the wrong Court, then please do not return them back to me but, instead, forward them to the Northern Federal District Court for the District of Illinois. Otherwise, if I did mail the enclosed documents to the correct address then please file them in this Court. Thank you!

Respectfully, Clifford Good