07CV6642
JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW

STATES DISTRICT COURT
DISTRICT OF ILLINOIS

FILED
NOV 26 2007
NOV 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Affidavit from Inmate
Jerry D. Ashburn

)
)
)
)
)
)
)
)

Circumstances establishing
how and when inmate Clifford
A. Gooden first learned
of the facts supporting
his "fraud upon the court"
claim.

COMES NOW Inmate Jerry D. Ashburn No.#0206577, by sworn affidavit to state the following:

1.) I, Jerry D. Ashburn No.#0206577, am a prisoner at the Iowa State Penitentiary in Fort Madison, Iowa.

2.) That on May 10, 2006, during recreation yard time at Iowa State Penitentiary, I Jerry D. Ashburn No.#0206577, did talk with Inmate Clifford A. Gooden No.#1017531, which he was discussing with me details about his habeas petition that he filed in the Iowa Federal District Court, for the Southern District, on or around March 11, 2002.

3.) That Inmate Clifford A. Gooden No.#1017531, had explained to me that the Assistant Attorney General, Sharon K. Hall, who represented the (former) Warden, John Mathes, during Gooden's federal habeas action, incorrectly argued in her memorandum that she filed in support of her motion to dismiss the "mixed petition", a reformulated version of his (Gooden's) habeas issues, in an attempt to convince the district court to believe that his issues were presented in a manner, which in actuality, were not so presented. That Inmate Gooden No.#1017531, further stated to me Jerry Ashburn No.0206577, that the District Court did, in fact, adopt the Assistant Attorney General's "misrepresentation" of his habeas claims and ultimately dismissed his Habeas Corpus as a "mixed petition" in a court order.

4.) That I, Jerry D. Ashburn No.#0206577, explained to inmate

Gooden No.#1017531, that from my legal view point and understanding of the law, the word "reformulated", as it relates to the Assistant Attorney General's representation of his habeas claims to the court, necessarily implies a "fraud".

5.) That I, Jerry D. Ashburn No.#0206577, further explained to inmate Gooden No.#1017531, that since the court was improperly influenced by the Assistant Attorney General's fraudulent representation of his habeas claims which resulted in a dismissal of his Habeas Corpus in a related court order, further constitutes a claim of "fraud on the court".

6.) That I, Jerry D. Ashburn No.#0206577, further informed inmate Gooden No.#1017531, that a claim of "fraud on the court" can be remedied by motion under Fed. R. Civ. Proc. 60(b)(3), or by an independent action.

7.) That I, Jerry D. Ashburn No.#0206577, will testify to the above sworn information in any future court proceedings or hearing if necessary.

By: _____
Jerry D. Ashburn
No.#0206577
Iowa State Penitentiary
P.O. Box 316
Fort Madison, Iowa 52627

I, Jerry D. Ashburn No.#0206577, do swear under penalty of perjury that the foregoing facts and information is true to the best of my knowledge.

Subscribed and sworn before me on this 7th day of November, 2007.

Affiant: _____

Notary Public: _____

RICHARD L. LARKIN
Commission Number 124854
My Commission Expires
_____

11-7-07

2.