FILED MHN
DEC 1 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

United States of America            )
ex rel. Clifford A. Gooden III,     )    Equity case No. 07C 6642
                                    )
         Petitioner,                )
                                    )    Notification of date of
Vs.                                 )    filing and docket number
                                    )    given to "fraud upon the
Sharon K. Hall, Assistant           )    court" Independent Action.
Attorney General,                   )
                                    )    Service of Process
         Respondent.                )
                                    )


Comes Now the Petitioner, pro se, to notify Counsel for Respondent, William A. Hill, of the following:

   Notice is hereby given that Petitioner has filed with the United States District Court, for the Northern District of Illinois, a pro se Independent Action pursuant to Fed. R. Civ. Proc. 60(b) alleging "fraud upon the [Iowa District] Court", which I did previously served said action on the Respondent, Sharon K. Hall, by depositing a copy of said action in the prison mail box with first class postage pre-paid, accompanied by a motion requesting to proceed in forma pauperis and a proof of service dated: November 19, 2007. Wherefore, Petitioner in the above properly informs Counsel for Respondent, William A. Hill, that the pro se Independent Action titled: "Independent Action in Equity pursuant to Fed. R. Civ. Proc. 60(b), and the "saving clause", to set aside final order dismissing first Habeas Corpus on grounds of fraud committed upon the District Court by the Respondent"; was docketed in the Northern Federal District Court of Illinois under Equity case No. 07C 6642, and assigned to Honorable Judge Bucklo, with magistrate Judge Denlow as the designated magistrate for the case; and that said "fraud upon the court" action was filed in the above entitled court on November 26, 2007.

By: _Clifford Gooden_

CERTIFICATE OF SERVICE

I, Clifford A. Gooden III, do swear or declare that on this date, December 7, 2007, that I did serve a copy of the attached "Notification of date of filing and docket number given to 'fraud upon the court' Independent Action (Service of Process)" to counsel for Respondent by depositing said copy in the prison mail box with first class postage pre-paid. The name and address of counsel served is:

William A. Hill (Attorney for Respondent), Hoover State Office Building, Second Floor, Des Moines, Iowa 50319.

I, Clifford A. Gooden III, do declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th, day of December, 2007.

Affiant: _Clifford Gooden_
Clifford A. Gooden III
I.D. No.#1017531-B
Iowa State Penitentiary
P.O. Box 316
Fort Madison, Iowa 52627

Original and two copies to:

Prisoner Correspondence
Clerk's Office
U.S. District Court for the
Northern District of Illinois
219 South Dearborn Street
Chicago, Il. 60604