MHN



Date 12-7-07
Name Clifford Gooden
No. 101 7531-B

Case No. 07C 6642

**FILED**

DEC 1 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Prisoner Correspondence,

Please find enclose my service of Process notification and Certificate of service w/ two Copies. Was I suppose to do this? Also Can I be appointed a Lawyer to Represent me on this Independent Action because I do not know how to proceed in this Complicated procedural matter? I need help and I cannot afford to hire a Lawyer. I am poor. My allegations of "fraud upon the Court" set forth in my independent action is legit and I don't want to mess up by myself. So I need a lawyer to help me please. thank you!

Respectfully, Clifford Gooden