

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
United States of America ex Rel.
Clifford A. Gooden III,
                            V.

FILED DEC 26 2007
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07C 6642

Defendant(s)
Sharon K. Hall, Assistant Attorney
General.

Judge: Bucklo

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Clifford A. Gooden, III__, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Due to my indigency I cannot afford to hire Counsel to represent me in this matter. This is my first attempt to seek Counsel.

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   ☒ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Clifford Gooden__
Movant's Signature

__December 19th, 2007__
Date

Iowa State Penitentiary/ Box 316
Street Address

Fort Madison, Iowa  52627
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: None                  Case Number: N/A

Case Title: None

Appointed Attorney's Name: N/A

If this case is still pending, please check box N/A ☐

---

Assigned Judge: None                  Case Number: N/A

Case Title: None

Appointed Attorney's Name: N/A

If this case is still pending, please check box N/A ☐

---

Assigned Judge: None                  Case Number: N/A

Case Title: None

Appointed Attorney's Name: N/A

If this case is still pending, please check box N/A ☐

---

Assigned Judge: None                  Case Number: N/A

Case Title: None

Appointed Attorney's Name: N/A

If this case is still pending, please check box N/A ☐

CERTIFICATE OF SERVICE

I, Clifford A. Gooden, III, do swear or declare that on this date December 19, 2007, that I did serve a copy of the enclosed MOTION FOR APPOINTMENT OF COUNSEL on counsel for Respondent by depositing an envelope containing the above document in the prison mail box with first class postage pre-paid. The name and address of counsel served is as follows:

   William A. Hill (counsel for Respondent), Hoover State Office Building, Department of Justice, Second Floor, Des Moines, Iowa  50319

I, Clifford A. Gooden, III, declare under penalty of perjury that the fore going is true and correct. Executed on this 19th day of December, 2007.

Affiant: _Clifford Gooden_

Original and two copies to:

Prisoner's Correspondence
Clerk's Office
U.S. District Court for the
Northern District of Illinois
219 South Dearborn Street
Chicago IL., 60604