Case No. 07C 6642

(ISP seal)

Date: 1-29-08
Name: Clifford Gooden
No.: 1017531-B

Re: Motion for Appointment of Counsel.

Iowa State Penitentiary
P.O. Box 316
Ft. Madison, Iowa 52627

FILED
FEB 1 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Prisoner Correspondence,

As you should probably know already Judge Bucklo, assigned to my case in this matter, had recently denied my motion to proceed in forma pauperis on 12-27-07. In which case, I was then ordered to pay the $5.00 filing fee within 30 days from the date of the denial of my motion to proceed in forma pauperis. Well, I did timely pay the $5.00 filing fee to this court on 1-10-08 within the 30 day expiration date. However, now I am writing to find out whether or not the Court (Judge Bucklo) has had the occasion to rule on my now pending motion requesting appointment of counsel filed in Case No. 07C 6642, on December 26, 2007, in this court. I do need the assistance of counsel to help me in my matter. Please help me to understand what is going on with my motion for request of appointment of Counsel.

Sincerely, Clifford Gooden 1017531-B