# United States District Court

## Northern District of Illinois

Eastern Division

Gooden                                         **JUDGMENT IN A CIVIL CASE**

v.                                           Case Number: 07 C 6642

Hall

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court summarily dismisses the petition for a writ of habeas corpus for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

Michael W. Dobbins, Clerk of Court

Date: 2/12/2008                               _____

                                                      /s/ Mathew P. John, Deputy Clerk