IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 2 6 2008
FEB 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ex rel. Clifford A. Gooden III, | Case No. 07 C 6642 |
| Petitioner-Appellant | Assigned to: Judge Bucklo |
| vs. | Notice of Appeal Pursuant to Fed. R. App. Proc. 4(c) |
| Sharon K. Hall, Assistant Attorney General, | |
| Respondent-Appellee. | |

Notice is hereby given that Clifford A. Gooden, the Petitioner, does hereby appeal to the United States Court of Appeals for the Seventh Circuit from an ORDER summarily dismissing his Rule 60(b) Independent Action alleging "fraud upon the court" which Judge Bucklo in this case incorrectly treated said action as being a federal habeas petition. The dismissal ORDER in question which petitioner is currently appealing from was entered in this action on February 12, 2008.

Notice is further given that Petitioner Gooden is appealing said ORDER summarily dismissing his action in this court on the grounds that the Judge in this case is abusing her "jurisdiction" granted to this court to apply its "foreign" federal equitable jurisdiction over Gooden's Rule 60(b) independent action. See on-point <u>Locklin v. Switzer Bros., Inc</u>, 335 F.2d 331 (1964)("The independent equitable action to set aside judgment may be maintained in <u>any court</u> exercising equitable jurisdiction, and may or may not be done in the court which rendered the judgment"). see also, <u>Block v. Block</u>, 196 F.2d 930, 932 (7th Cir. 1952); and 12 James Moore, Moore's Federal Practice §60.81[1][b][v] 60-224 thru 60-226 (3d.ed. 1998).

By: *Clifford Gooden*

Clifford A. Gooden, III
#1017531-B
Iowa State Penitentiary
P.O. Box 316
Fort Madison, Iowa   52627