IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 2 6 2008
FEB 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ex rel. Clifford A. Gooden III, | Case No. 07 C 6642 |
| Petitioner-Appellant | Assigned to: Judge Bucklo |
| vs. | Notice of Appeal Pursuant to Fed. R. App. Proc. 4(c) |
| Sharon K. Hall, Assistant Attorney General, | |
| Respondent-Appellee. | |

Notice is hereby given that Clifford A. Gooden, the Petitioner, does hereby appeal to the United States Court of Appeals for the Seventh Circuit from an ORDER summarily dismissing his Rule 60(b) Independent Action alleging "fraud upon the court" which Judge Bucklo in this case incorrectly treated said action as being a federal habeas petition. The dismissal ORDER in question which petitioner is currently appealing from was entered in this action on February 12, 2008.
Notice is further given that Petitioner Gooden is appealing said ORDER summarily dismissing his action in this court on the grounds that the Judge in this case is abusing her "jurisdiction" granted to this court to apply its "foreign" federal equitable jurisdiction over Gooden's Rule 60(b) independent action. See on-point Locklin v. Switzer Bros., Inc, 335 F.2d 331 (1964)("The independent equitable action to set aside judgment may be maintained in any court exercising equitable jurisdiction, and may or may not be done in the court which rendered the judgment"). see also, Block v. Block, 196 F.2d 930, 932 (7th Cir. 1952); and 12 James Moore, Moore's Federal Practice §60.81[1][b][v] 60-224 thru 60-226 (3d.ed. 1998).

By: _Clifford Gooden_
Clifford A. Gooden, III
#1017531-B
Iowa State Penitentiary
P.O. Box 316
Fort Madison, Iowa 52627

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07cv6642

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Clifford A. Gooden, III (Appellant) | | Sharon K. Hall, (Appellee) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Clifford A. Gooden, III | Name | N/A |
| Firm | PRO SE #1017531-B | Firm | |
| Address | Iowa State Penitentiary P.O. Box 316 Fort Madison, IA 52627 | Address | |
| Phone | N/A | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Bucklo | Date Filed in District Court | 11/26/07 |
| Court Reporter | M. Snyder (ext 5563) | Date of Judgment | 2/13/08 |
| Nature of Suit Code | 530 | Date of Notice of Appeal | 2/26/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [ ]
              IFP Pending [ ]   U.S. [ ]   Waived [X]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [X]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6642 | **DATE** | 2/12/08 |
| **CASE TITLE** | Clifford A. Gooden, III (#1017531-B) v. Sharon K. Hall | | |

**DOCKET ENTRY TEXT:**

The Court summarily dismisses the petition for a writ of habeas corpus for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner's motion for appointment of counsel [10] is denied as moot.

■ [For further details see text below.]   Docketing to mail notices.

### STATEMENT

    Petitioner Clifford A. Gooden, III, brings this "Independent Action in equity pursuant to Fed. R. Civ. Proc. 60(b), and the 'saving clause,' to set aside final order dismissing Federal Habeas Corpus on grounds of fraud committed upon the court by the Respondent." He seeks to have this court to vacate or set aside the Iowa Southern District Court's final order dismissing habeas case No. 4:02-cv-40128, on the ground that it was entered as a result of fraud committed on that court by the respondent. Because a ruling in Petitioner's favor could result in his release, this "Independent Action" is essential a petition for a writ of habeas corpus. *See Glaus v. Anderson*, 408 F.3d 382 386-7 (7th Cir. 2005), *quoting Graham v. Broglin*, 922 F.2d 379, 381 (7th Cir.1991). ("If the prisoner is seeking what can fairly be described as a quantum change in the level of custody–whether outright freedom, or freedom subject to the limited reporting and financial constraints of bond or parole or probation . . . then habeas corpus is his remedy.")

    Under 28 U.S.C. § 2241(d), a state prisoner is authorized to file a petition for a writ of habeas corpus in either the federal judicial district of his confinement or the federal judicial district of his conviction. Petitioner was not convicted in the Northern District of Illinois, and he is not confined in this district. This Court therefore does not have jurisdiction to hear Petitioner's petition for a writ of habeas corpus.

    The Court notes that Petitioner has filed a number of petitions for writs of habeas corpus in the Southern District of Iowa, the most recent being *Gooden v. Hall*, No. 4:07-cv-00257-JEG (S.D. Ia.), which that court dismissed on June 19, 2007. The United States Supreme Court has also denied Petitioner's petition for writ of habeas corpus, namely, *In re Gooden*, 540 U.S. 1102, 124 S.Ct. 1132 (2004); and two petitions for writ of *certiorari*, *Gooden v. Mathes*, 127 S.Ct. 2273 (2007) and *Gooden v. Mathes*, 546 U.S. 1140, 126 S.Ct. 1144 (2006). Petitioner has therefore had numerous opportunities for hearings in the courts that have jurisdiction.

    Accordingly, after preliminary review, the court summarily dismisses the petition for a writ of habeas corpus for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

# United States District Court

## Northern District of Illinois
### Eastern Division

Gooden                                                  **JUDGMENT IN A CIVIL CASE**

              v.                                  Case Number: 07 C 6642

Hall

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court summarily dismisses the petition for a writ of habeas corpus  for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

                                                              Michael W. Dobbins, Clerk of Court

Date: 2/12/2008                                    _____

                                                              /s/ Mathew P. John, Deputy Clerk

APPEAL, DENLOW, HABEAS, PC, REOPEN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06642
## Internal Use Only

Gooden v. Hall et al
Assigned to: Honorable Elaine E. Bucklo
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/26/2007
Date Terminated: 12/28/2007
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Clifford A. Gooden, III**  represented by **Clifford A. Gooden, III**
#1017531-B
Iowa State Penitentiary
P.O. Box 316
Fort Madison, IA 52627
PRO SE

V.

**Respondent**

**Sharon K. Hall**
*Assistant Attorney General*

**Service List**  represented by **Chief of Criminal Appeals Illinois Attorney Genera**
100 West Randolph
12th Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | 1 | RECEIVED Petition and no copies by Clifford A. Gooden, III. (mjc, ) (Entered: 11/28/2007) |
| 11/26/2007 | 2 | CIVIL Cover Sheet. (mjc, ) (Entered: 11/28/2007) |
| 11/26/2007 | 3 | MOTION by Petitioner Clifford A. Gooden, III for leave to proceed in forma pauperis. (mjc, ) (Entered: 11/28/2007) |
| 11/26/2007 | 4 | LETTER from Clifford Gooden dated 11/19/07. (mjc, ) (Entered: 11/28/2007) |
| 11/26/2007 | 5 | AFFIDAVIT of Jerry D. Ashburn.(mjc, ) (Entered: 11/28/2007) |
| 11/26/2007 | 6 | POST MARKED envelope for initiating document by plaintiff (Document not scanned) (mb, ) (Entered: 11/29/2007) |
| 12/11/2007 | 7 | SERVICE OF PROCESS by pro se Clifford A. Gooden, III regarding notification of date of filing and docket number given to "fraud upon the court" independent action. (mjc, ) (Entered: 12/13/2007) |
| 12/11/2007 | 8 | LETTER from Clifford Gooden dated 12/7/07. (mjc, ) (Entered: 12/13/2007) |
| 12/26/2007 | 10 | MOTION by petitioner Clifford A. Gooden, III for appointment of counsel. (mjc, ) (Entered: 01/02/2008) |
| 12/27/2007 | 9 | MINUTE entry before Judge Elaine E. Bucklo : Petitioner's motion for leave to file in forma pauperis 3 is denied. Petitioner is given 30 days from the date of this order to pay the $5 filing fee. If petitioner does not pay the filing fee within 30 days, the court shall enter judgment dismissing this case.Mailed notices (gcy, ) (Entered: 12/28/2007) |
| 01/10/2008 | 11 | (Court only) RECEIPT regarding payment of filing fee paid on 1/10/2008 in the amount of $5.00, receipt number 10651443. (gcy, ) (Entered: 01/11/2008) |
| 01/10/2008 | 12 | PETITION for writ of habeas corpus filed by Clifford A. Gooden, III against Sharon K. Hall Filing fee $ 5.00.(gcy, ) (Entered: 01/11/2008) |
| 01/10/2008 |  | (Court only) ***Set/Clear Flags (gcy, ) (Entered: 01/11/2008) |
| 02/01/2008 | 13 | LETTER from Clifford Gooden dated 1/29/2008. (ef, ) (Entered: 02/05/2008) |
| 02/12/2008 | 14 | MINUTE entry before Judge Elaine E. Bucklo : The Court summarily dismisses the petition for a writ of habeas corpus for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases. |

|  |  |  |
|---|---|---|
|  |  | Petitioner's motion for appointment of counsel **10** is denied as moot. Mailed notice (mjc, ) (Entered: 02/13/2008) |
| 02/12/2008 | **15** | ENTERED JUDGMENT. (mjc, ) (Entered: 02/13/2008) |
| 02/26/2008 | **16** | MOTION by Petitioner Clifford A. Gooden, III for certificate of appealability. (air, ) (Entered: 02/28/2008) |
| 02/26/2008 | **17** | NOTICE of appeal by Clifford A. Gooden, III regarding orders **15**, **14** fee waived. (air, ) (Entered: 02/28/2008) |