FILED
FEB 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

United States of America )
ex. rel. Clifford A. Gooden III, ) Case No. 07 C 6642
)
Petitioner-Appellant ) Assigned to: Judge Bucklo
)
Vs. )
) Motion for Leave to Proceed
Sharon K. Hall, Assistant ) on Appeal In Forma Pauperis
Attorney General, )
)
Respondent-Appellee. )

COMES NOW Petitioner-Appellant pro se, to move this court by motion to request for leave to proceed in forma pauperis on appeal to the Seventh Circuit Court of Appeals. In support thereof he further states:

1.) Petitioner has recently submitted to this court, his timely Notice of Appeal and Certificate of Appealability from this Court's February 12, 2008, ruling summarily dismissing his "independent action" as being a habeas corpus in the above captioned case number.

2.) Petitioner is no longer employed and cannot afford to pay the cost of this appeal proceeding or give security therefor.

3.) That Petitioner has stated his ground that intend to raise on appeal in the supporting affidavit to this motion, and that he believes that he is entitled to relief on those issues.

WHEREFORE Petitioner prays that this court grant this motion for all reasons stated above.

By: _Clifford Gooden_