FEB 28 2008

FILED

FEB 2 8 2008 aw

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

United States of America ex rel. )
Clifford A. Gooden, III, )
          Petitioner-Appellant, )
vs. )
Sharon K. Hall, Assistant )
Attorney General, )
          Respondent-Appellee. )

Case No. 07 C 6642

Assigned to: Judge Bucklo

Affidavit to accompany motion for leave to appeal in forma pauperis.

I, Clifford A. Gooden III, being first duly sworn, depose and say that I am the petitioner in the above entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

1.) The Illinois District Judge failed to exercise its "foreign" federal equitable jurisdiction over Mr. Gooden's independent action alleging fraud which was committed upon the Iowa district court by the Respondent during his federal habeas proceeding.

I further swear that the response which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting this appeal are true.

1.) Are you Employed? NO

2.) Have you received within the past twelve months any income from a business, profession, or other form of self employment, or in the form of rent payments, interests, dividends, or other source? NO

3.) Do you own any cash or checking or savings account? I have approximately $23.00 in my Prison account.

4.) Do you own any stock, bond, real estate, notes, automobiles or other valuable property? NO

1.

5.) List the persons who are dependent upon you for support and their relationship to you. *No One*

I UNDERSTAND THAT A FALSE STATEMENT OR ANSWER TO ANY QUESTIONS IN THIS AFFIDAVIT WILL SUBJECT ME TO PENALTY OF PERJURY.

I, Clifford A. Gooden III, do swear under penalty of perjury that the foregoing is true and correct. Executed on this *22nd* day of February, 2008.

Affiant: *Clifford Gooden*

Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

District Judge:_____

CERTIFICATE OF SERVICE

I, Clifford A. Gooden III, do swear or declare that on this date February 22, 2008, that I did serve a copy of the enclosed MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS and AFFIDAVIT TO ACCOMPANY MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS to counsel for Respondent by depositing a copy of said documents in the prison mail box with first class postage prepaid. The name and address of counsel served is as follows:

William A. Hill (counsel for Respondent), Attorney General's Office, Hoover State Office Bldg., Second Floor, Des Moines, Iowa 50319.

I, Clifford A. Gooden III, do swear under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of February, 2008.

Affiant: *Clifford Gooden*