Date 2-22-2008
Name Clifford Gooden
No. #1017531-B

[State of Iowa I.S.P. seal]

RE: Timely submission of motion Requesting to proceed in forma Pauperis on appeal in Case No. 07 C 06642.

Iowa State Penitentiary
P.O. Box 316
Ft. Madison, Iowa 52627

FILED
FEB 2 8 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 28 2008

Dear Clerk of Court,

Please find enclosed my pro se motion and affidavit requesting to proceed in forma pauperis on appeal from the district judge's February 12, 2008 ruling summarily dismissing my independent action in district Court Case No. 07 C 06642. I did recently submit to this Court on February 21, 2008, my notice of appeal and certificate of appealability. However, I simply forgot to enclose the above stated documents in the same envelope addressed to this Court which contained my notice of appeal and COA. Therefore, I respectfully request that the Clerk of this Court please file and thereafter submit said motion and affidavit requesting to proceed in forma pauperis on appeal to the Court for consideration along with my recently submitted Notice of Appeal and Certificate of Appealability.

I would also note that the Respondent party to this matter will not be prejudiced by the short delay in receiving a copy of the enclosed documents intended to accompany the Notice of Appeal and COA because all appeal documents in this case are timely submitted to this Court and a copy to the

(over) →

party's counsel within the 30 day time limit for this appeal. I received the district judge's ruling summarily dismissing my independent action in case No. 07C6642 on February 19, 2008 by mail. The district judge's ruling which I am appealing from is dated February 12, 2008, therefore my 30 days to file the appeal does not expire until March 19, 2008. As a result, no damage can be shown by the Respondent party to this appeal.

Respectfully, Clifford Good 101753l-B

P.S. I have written the Rainbow Push Coalition in Chicago in reference to matters presented in my case filed in this court under case No. 07C6642. I am asking that organization to obtain a copy of my independent action filed in this court along with Judge Bucklo's ruling dismissing my properly filed action. Therefore, because of the level of injustice I am receiving on my "fraud upon the court" independent action, I am further asking the Rainbow Coalition to get involved to create publicity on this particular injustice that I am currently receiving. I have been effectively denied my one opportunity to receive a ruling on my Federal habeas corpus filed in the Iowa District Court because of "fraud" committed upon that court by Respondent.