Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6642 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Gooden III vs. Hall | | |

**DOCKET ENTRY TEXT**

As explained in this court's order dated 2/12/08, the petitioner has no colorable showing of a federal right. Therefore, finding that the appeal raises no debatable questions deserving appellate review, the court denies petitioner's motion for certificate of appealability. Plaintiff's motion for leave to proceed in forma pauperis on appeal is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|