# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court  (312)435-5850

**J. N.**

**To:** **District Court Clerk's Office**

**Re:** **Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 3/6/08 |
| Appellate Court No.: | 08-1550 |
| Short Caption: | Gooden v. Walker |
| District Court Judge: | Judge Bucklo |
| District Court No.: | 07 C 6642 |

If you have any questions regarding this appeal, please call this office.

**cc:** **M. Snyder**