

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5670

April 10, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Clifford A. Gooden, III vs. Sharon K. Hall

U.S.D.C. DOCKET NO. : 07cv6642

U.S.C.A. DOCKET NO. : 08-1550

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)           **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Clifford A. Gooden, III vs. Sharon K. Hall.

USDC NO.   : 07cv6642

USCA NO.   : 08-1550

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 10th day of April, 2008.

        MICHAEL W. DOBBINS, CLERK

    By: _____
        A. Rone, Deputy Clerk

APPEAL, DENLOW, HABEAS, PC, REOPEN

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06642
*Internal Use Only*

| | |
|---|---|
| Gooden v. Hall et al | Date Filed: 01/10/2008 |
| Assigned to: Honorable Elaine E. Bucklo | Date Terminated: 02/12/2008 |
| Case in other court: 08-01550 | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Prisoner: Habeas Corpus |
| | Jurisdiction: Federal Question |

**Petitioner**

**Clifford A. Gooden, III**          represented by   **Clifford A. Gooden, III**
#1017531-B
Iowa State Penitentiary
P.O. Box 316
Fort Madison, IA 52627
PRO SE

V.

**Respondent**

**Sharon K. Hall**
*Assistant Attorney General*

Service List          represented by   **Chief of Criminal Appeals Illinois Attorney Genera**
100 West Randolph
12th Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence – Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | 1 | RECEIVED Petition and no copies by Clifford A. Gooden, III. (mjc, ) (Entered: 11/28/2007) |
| 11/26/2007 | 2 | CIVIL Cover Sheet. (mjc, ) (Entered: 11/28/2007) |
| 11/26/2007 | 3 | MOTION by Petitioner Clifford A. Gooden, III for leave to proceed in forma pauperis. (mjc, ) (Entered: 11/28/2007) |
| 11/26/2007 | 4 | LETTER from Clifford Gooden dated 11/19/07. (mjc, ) (Entered: 11/28/2007) |

| 11/26/2007 | 5 | AFFIDAVIT of Jerry D. Ashburn.(mjc, ) (Entered: 11/28/2007) |
|---|---|---|
| 11/26/2007 | 6 | POST MARKED envelope for initiating document by plaintiff (Document not scanned) (mb, ) (Entered: 11/29/2007) |
| 12/11/2007 | 7 | SERVICE OF PROCESS by pro se Clifford A. Gooden, III regarding notification of date of filing and docket number given to "fraud upon the court" independent action. (mjc, ) (Entered: 12/13/2007) |
| 12/11/2007 | 8 | LETTER from Clifford Gooden dated 12/7/07. (mjc, ) (Entered: 12/13/2007) |
| 12/26/2007 | 10 | MOTION by petitioner Clifford A. Gooden, III for appointment of counsel. (mjc, ) (Entered: 01/02/2008) |
| 12/27/2007 | 9 | MINUTE entry before Judge Elaine E. Bucklo : Petitioner's motion for leave to file in forma pauperis 3 is denied. Petitioner is given 30 days from the date of this order to pay the $5 filing fee. If petitioner does not pay the filing fee within 30 days, the court shall enter judgment dismissing this case.Mailed notices (gcy, ) (Entered: 12/28/2007) |
| 01/10/2008 | 11 | (Court only) RECEIPT regarding payment of filing fee paid on 1/10/2008 in the amount of $5.00, receipt number 10651443. (gcy, ) (Entered: 01/11/2008) |
| 01/10/2008 | 12 | PETITION for writ of habeas corpus filed by Clifford A. Gooden, III against Sharon K. Hall Filing fee $ 5.00.(gcy, ) (Entered: 01/11/2008) |
| 01/10/2008 | | (Court only) ***Set/Clear Flags (gcy, ) (Entered: 01/11/2008) |
| 02/01/2008 | 13 | LETTER from Clifford Gooden dated 1/29/2008. (ef, ) (Entered: 02/05/2008) |
| 02/12/2008 | 14 | MINUTE entry before Judge Elaine E. Bucklo : The Court summarily dismisses the petition for a writ of habeas corpus for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Petitioner's motion for appointment of counsel 10 is denied as moot.Mailed notice (mjc, ) (Entered: 02/13/2008) |
| 02/12/2008 | 15 | ENTERED JUDGMENT. (mjc, ) (Entered: 02/13/2008) |
| 02/26/2008 | 16 | MOTION by Petitioner Clifford A. Gooden, III for certificate of appealability. (air, ) (Entered: 02/28/2008) |
| 02/26/2008 | 17 | NOTICE of appeal by Clifford A. Gooden, III regarding orders 15 , 14 fee waived. (air, ) (Entered: 02/28/2008) |
| 02/28/2008 | 18 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 17 . Notified counsel (air, ) (Entered: 02/28/2008) |
| 02/28/2008 | 19 | MOTION by Petitioner Clifford A. Gooden, III for leave to appeal in forma pauperis (rbf, ) (Entered: 03/03/2008) |
| 02/28/2008 | 20 | AFFIDAVIT of Clifford A Gooden to accompany motion for leave to appeal in forma pauperis.(rbf, ) (Entered: 03/03/2008) |
| 02/28/2008 | 21 | LETTER from Clifford Gooden dated 2/22/08. (rbf, ) (Entered: 03/03/2008) |
| 03/05/2008 | 22 | MINUTE entry before Judge Elaine E. Bucklo : As explained in this court's order dated 2/12/08, the petitioner has no colorable showing of a federal right.Therefore, finding that the appeal raises no debatable questions deserving appellate review, the court denies petitioner's motion for certificate of |

|            |    |                                                                                                                                                                                 |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | appealability. Plaintiff's motion for leave to proceed in forma pauperison appeal is granted.Mailed notice (mjc, ) (Entered: 03/06/2008)                                         |
| 03/07/2008 | 23 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 17 ; USCA Case No. 08-1550. (mjc, ) (Entered: 03/11/2008)                                        |

Key:

All circled items are included in record on appeal
All / items are not included in appeal
All s/c items are on a separate cover
All n/a Items are not available