**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 23, 2008

**FILED**
JUL 15 2008 EA
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Before

RICHARD D. CUDAHY, *Circuit Judge*

JOHN L COFFEY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

No. 08-1550

| | |
|---|---|
| CLIFFORD A. GOODEN, III,<br>*Petitioner-Appellant,*<br><br>v.<br><br>ROGER E. WALKER, JR.,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 07 C 6642<br><br>Elaine E. Bucklo,<br>*Judge.* |

**ORDER**

Clifford Gooden was convicted in Iowa of second-degree robbery. He was sentenced to an indeterminate prison sentence not to exceed ten years. After appealing from his conviction he brought a habeas corpus petition under 28 U.S.C. § 2254 in the Southern District of Iowa but lost. *See Gooden v. Mathes*, 4:02-cv-40128 (S.D. Ia., Nov. 19, 2002). In 2007, he filed this action, which he entitled "Independent Action in equity pursuant to Fed. R. Civ. Proc. 60(b), and the saving clause." His sole request is that the district court vacate the Iowa district court's final order dismissing his § 2254 petition because, he says, the state procured that judgment by fraud.

The district court was correct to construe the present action as a habeas corpus petition under 28 U.S.C. § 2254 and to dismiss the case for lack of jurisdiction because Gooden was neither convicted by an Illinois court nor incarcerated in the Northern District

No. 08-1550 Page 2

of Illinois (he is incarcerated in Iowa). *See* 28 U.S.C. § 2241(d); *Bridges v. Chambers*, 425 F.3d 1048, 1050 (7th Cir. 2005).

Accordingly, we AFFIRM the judgment of the district court. Gooden's motion for appointment of counsel is DENIED.